# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-280

_____

SUSAN MARACLE,

Appellant,

v.

WILMINGTON SAVINGS FUND
SOCIETY FSB,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

April 2, 2019

PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James H. Cerveny, Gainesville, for Appellant.

Richard S. McIver and H. Michael Muniz of Kass Shuler, P.A., Tampa, for Appellee.